**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

**Case Name: Thomas D. Coates v. Cox Communications, Inc. and MetLife, Inc.**
**Civil Action No.: 2:25-cv-00524**

**PLAINTIFF'S MOTION TO CORRECT COMPLAINT DATES OF EMPLOYMENT**

Plaintiff, Thomas D. Coates, respectfully moves this Court for entry of an Order correcting the dates of employment listed in the Complaint, pursuant to Fed. R. Civ. P. 15(a) and Rule 60(a), and in support thereof states as follows:

1. The Complaint, filed August 26, 2025 (ECF No. ___), incorrectly states Plaintiff's employment dates as **November 27, 2024, to January 2, 2025.**

2. The accurate employment period is **November 27, 2023, to January 2, 2025.**

3. This discrepancy is a typographical error and does not affect the substantive allegations of the Complaint.

4. Plaintiff seeks to amend the Complaint solely to reflect the correct employment period to avoid confusion and ensure an accurate record for the Court, Defendants, and the EEOC.

5. No party will be prejudiced by this correction, and it will not require additional briefing or discovery.

6. A proposed Order correcting the Complaint dates is attached for the Court's convenience.

**WHEREFORE, Plaintiff respectfully requests that this Court:**

1. Enter the attached Proposed Order correcting the Complaint to reflect Plaintiff's correct employment dates: **November 27, 2023, to January 2, 2025**; and

2. Grant any further relief the Court deems just and proper.

3. **Respectfully submitted,**

/ s / Thomas D. Coates
Thomas D. Coates, Plaintiff Pro Se

Date: 8-29-2025

Signature: [signature]

Printed Name: Thomas Coates
Address: 3416 Warren Place, Apt 201,
Virginia Beach, VA 23452
Telephone: (757) 374-3539
Email: tdcoates@gmail.com
Dated: August 29, 2025