**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

**Case Name:** Thomas D. Coates v. Cox Communications, Inc. and MetLife, Inc.
**Civil Action No.:** 2:25-cv-00524

## COVER SHEET FOR MOTION TO CORRECT COMPLAINT

**Nature of Filing:** Motion to Correct Complaint Dates of Employment (Rule 15(a) / Rule 60(a))
**Filing Party:** Plaintiff, Thomas D. Coates, Pro Se
**Date:** August 29, 2025

**Documents Included:**

- Motion to Correct Complaint Dates of Employment
- Supporting Memorandum of Law
- Proposed Order

**Certification:**
I hereby certify that on this date, a true and correct copy of the foregoing Motion, Memorandum of Law, and Proposed Order has been filed electronically via the CM/ECF system and served upon counsel of record for all parties.

**Respectfully submitted,**

/Thomas D. Coates/
Thomas D. Coates, Plaintiff

Date: 8-29-2025

Signature: [signature]

Printed Name: Thomas Coates

Address: 3416 Warren Place, Apt 201,

Virginia Beach, VA 23452

Telephone: (757) 374-3539

Email: tdcoates@gmail.com

Dated: August 29, 2025