**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

**Case Name:** Thomas D. Coates v. Cox Communications, Inc. and MetLife, Inc.
**Civil Action No.:** 2:25-cv-00524

## PROPOSED ORDER CORRECTING COMPLAINT DATES OF EMPLOYMENT

Upon consideration of Plaintiff Thomas D. Coates' Motion to Correct Complaint Dates of Employment, and for good cause shown, it is hereby:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the Complaint filed on August 26, 2025 (ECF No. ___) is **AMENDED** solely to correct the employment dates of Plaintiff Thomas D. Coates; and it is further

**ORDERED** that the correct employment period for Plaintiff Thomas D. Coates is **November 27, 2023, through January 2, 2025**; and it is further

**ORDERED** that all other allegations, claims, and parties in the Complaint **remain unchanged**; and it is further

**ORDERED** that the Clerk of Court is directed to update the docket to reflect the corrected employment dates.

**SO ORDERED** this ___ day of ____________, 2025.

______________________________
**UNITED STATES DISTRICT JUDGE**