# UNITED STATES DISTRICT COURT

**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

**Thomas D. Coates,**
 Plaintiff,

v.

**Cox Communications, Inc., MetLife, et al.,**
 Defendants.

Case No.: 2:25-cv-00524

# COVER SHEET FOR MOTION TO COMPEL DISCLOSURE AND ACCOMPANYING MEMORANDUM OF LAW

**TO THE CLERK OF COURT:**

Please file the attached documents on the docket. The materials are submitted in a format intended to assist both the Clerk and the presiding Judge in reviewing Plaintiff's Motion to Compel under Fed. R. Civ. P. 26(a)(1).

## Attached Documents

1.    **Plaintiff's Motion to Compel Disclosure** (1–2 pages, judge-ready)

2.    **Proposed Order Granting Motion to Compel** (1–2 pages, judge-ready)

3.    **Supporting Memorandum of Law** (5–6 pages) with:

o    Detailed chronology of motions and addenda highlighting Defendants' and EEOC's repeated noncompliance.

o    Citations to Rule 26 case law in the Fourth Circuit and EDVA.

o    Bullet-proof list of evidentiary failures and consequences of noncompliance.

4.    **Exhibit A – Motions and Addendums Timeline** (for reference)

**Purpose**

- To provide the Court with a **complete, chronological record** of Plaintiff's attempts to secure disclosure.

- To demonstrate **Defendants' ongoing pattern of noncompliance** and to satisfy Rule 26 obligations.

- To facilitate **expedited judicial review**, including consideration for immediate entry of the Proposed Order.

## Instructions for Clerk/Chambers

- Please ensure that all documents are **docketed together as attachments** to the Motion to Compel.

- Attach **Exhibit A – Motions and Addendums Timeline** to the Memorandum of Law for easy reference.

- The Proposed Order is **formatted for Judge signature without modification,** to streamline judicial review.

**Respectfully submitted,**

/Thomas D. Coates/
 Thomas D. Coates, Plaintiff

Date: 8-29-2025

Signature:

Printed Name: Thomas Coates

Address: 3416 Warren Place, Apt 201,

Virginia Beach, VA 23452

Telephone: (757) 374-3539

Email: tdcoates@gmail.com

Dated: August 29, 2025