**PRO SE SUBMISSION**

---

**Thomas Coates**
3416 Warren Place, Apt 201
Virginia Beach, VA 23452
Telephone: (757) 374-3539
Email: tdcoates@gmail.com

**Date:** August 25, 2025

**Clerk of Court**
United States District Court
Eastern District of Virginia – Norfolk Division
600 Granby Street
Norfolk, VA 23510

**Re:** Pro Se Submission – Complaint for Violation of Civil Rights (Non-Prisoner)
**Case No.:** _____

Dear Clerk of Court:

Please find enclosed for filing:

1. **Complaint (Pro Se 15, Rev. 12/16)** for violation of civil rights against Cox Communications, Inc. and MetLife, Inc.

2. **Summons** directed to each defendant.

3. Closure Statement /NRTS

This filing references certain exhibits for discovery purposes; the exhibits themselves are **retained by the Plaintiff** and will be provided if requested pursuant to the Federal Rules of Civil Procedure.

Thank you for your attention to this submission.

Respectfully submitted,

/s/ Thomas Coates
**Thomas Coates, Plaintiff Pro Se**