**UNITED STATES DISTRICT COURT**
Eastern District of Virginia – Norfolk Division

Case No. _____ (to be filled in by Clerk)

**Plaintiff:**
 Thomas Coates
 3416 Warren Place, Apt 201
 Virginia Beach, VA 23452
 (757) 374-3539   tdcoates@gmail.com

**Defendant:**
 Cox Communications, Inc. – Corporate Defendant

---

# SUMMONS IN A CIVIL ACTION

**To: Cox Communications, Inc.**
 c/o Registered Agent: Corporation Service Company
 100 Shockoe Slip, Richmond, VA 23219

---

**A lawsuit has been filed against you.**

**1. YOU ARE SUMMONED** to appear and defend against the attached complaint filed by Thomas Coates in the United States District Court for the Eastern District of Virginia – Norfolk Division. You must respond **within 21 days after service of this summons** (not counting the day you received it) by filing a written answer with the Clerk of this Court at:

**Clerk of Court**
 United States District Court
 Eastern District of Virginia – Norfolk Division
 600 Granby Street, Norfolk, VA 23510

---

**2. YOU MUST ALSO SEND A COPY OF YOUR ANSWER** to the Plaintiff at the address listed above.

---

**3. If you fail to respond, judgment by default may be entered against you for the relief requested in the complaint, and you may lose your right to defend yourself.**

---

**4. Note Regarding Corporate Agents:**
 Plaintiff identifies various corporate officers, HR managers, and supervisors in the complaint as agents of Cox Communications. Their acts are attributed to the corporate Defendants, and Plaintiff reserves the right to amend the complaint to add them individually if discovery establishes personal liability.

**Date of Issuance:** _____

**Clerk:** _____

**Seal of the Court:** _____

# UNITED STATES DISTRICT COURT
Eastern District of Virginia – Norfolk Division

Case No. _____ (to be filled in by Clerk)

**Plaintiff:**
Thomas Coates
3416 Warren Place, Apt 201
Virginia Beach, VA 23452
(757) 374-3539   tdcoates@gmail.com

**Defendant:**
**Cox Communications, Inc**. – Corporate Defendant

---

## SUMMONS IN A CIVIL ACTION

**To: Cox Communications, Inc.**
c/o Registered Agent: Corporation Service Company
100 Shockoe Slip, Richmond, VA 23219

---

**A lawsuit has been filed against you.**

**1. YOU ARE SUMMONED** to appear and defend against the attached complaint filed by Thomas Coates in the United States District Court for the Eastern District of Virginia – Norfolk Division. You must respond **within 21 days after service of this summons** (not counting the day you received it) by filing a written answer with the Clerk of this Court at:

**Clerk of Court**
United States District Court
Eastern District of Virginia – Norfolk Division
600 Granby Street, Norfolk, VA 23510

---

**2. YOU MUST ALSO SEND A COPY OF YOUR ANSWER** to the Plaintiff at the address listed above.

---

**3. If you fail to respond, judgment by default may be entered against you for the relief requested in the complaint, and you may lose your right to defend yourself.**

---

**4. Note Regarding Corporate Agents:**
Plaintiff identifies various corporate officers, HR managers, and supervisors in the complaint as agents of Cox Communications. Their acts are attributed to the corporate Defendants, and Plaintiff reserves the right to amend the complaint to add them individually if discovery establishes personal liability.

**Date of Issuance:** _____

**Clerk:** _____

**Seal of the Court:** _____

**UNITED STATES DISTRICT COURT**
Eastern District of Virginia – Norfolk Division

Case No. _____ (to be filled in by Clerk)

**Plaintiff:**
Thomas Coates
3416 Warren Place, Apt 201
Virginia Beach, VA 23452
(757) 374-3539   tdcoates@gmail.com

**Defendants:**
MetLife, Inc. – Corporate Defendant

---

# SUMMONS IN A CIVIL ACTION

**To: MetLife, Inc.**
c/o Registered Agent: Corporation Service Company
251 Little Falls Drive, Wilmington, DE 19808

---

**A lawsuit has been filed against you.**

**1. YOU ARE SUMMONED** to appear and defend against the attached complaint filed by Thomas Coates in the United States District Court for the Eastern District of Virginia – Norfolk Division. You must respond **within 21 days after service of this summons** (not counting the day you received it) by filing a written answer with the Clerk of this Court at:

**Clerk of Court**
United States District Court
Eastern District of Virginia – Norfolk Division
600 Granby Street, Norfolk, VA 23510

---

**2. YOU MUST ALSO SEND A COPY OF YOUR ANSWER** to the Plaintiff at the address listed above.

---

**3. If you fail to respond, judgment by default may be entered against you for the relief requested in the complaint, and you may lose your right to defend yourself.**

---

**4. Note Regarding Corporate Agents:**
Plaintiff identifies various corporate officers, HR managers, and supervisors in the complaint as agents of **MetLife, Inc.** Their acts are attributed to the corporate Defendants, and Plaintiff reserves the right to amend the complaint to add them individually if discovery establishes personal liability.

**Date of Issuance:** _____

**Clerk:** _____

**Seal of the Court:** _____

Eastern District of Virginia – Norfolk Division

Case No. _____ (to be filled in by Clerk)

**Plaintiff:**
Thomas Coates
3416 Warren Place, Apt 201
Virginia Beach, VA 23452
(757) 374-3539  tdcoates@gmail.com

**Defendants:**
**MetLife, Inc.** – Corporate Defendant

---

# SUMMONS IN A CIVIL ACTION

**To: MetLife, Inc.**
c/o Registered Agent: Corporation Service Company
251 Little Falls Drive, Wilmington, DE 19808

---

**A lawsuit has been filed against you.**

**1. YOU ARE SUMMONED** to appear and defend against the attached complaint filed by Thomas Coates in the United States District Court for the Eastern District of Virginia – Norfolk Division. You must respond **within 21 days after service of this summons** (not counting the day you received it) by filing a written answer with the Clerk of this Court at:

**Clerk of Court**
United States District Court
Eastern District of Virginia – Norfolk Division
600 Granby Street, Norfolk, VA 23510

---

**2. YOU MUST ALSO SEND A COPY OF YOUR ANSWER** to the Plaintiff at the address listed above.

---

**3. If you fail to respond, judgment by default may be entered against you for the relief requested in the complaint, and you may lose your right to defend yourself.**

---

**4. Note Regarding Corporate Agents:**
Plaintiff identifies various corporate officers, HR managers, and supervisors in the complaint as agents of **MetLife, Inc.** Their acts are attributed to the corporate Defendants, and Plaintiff reserves the right to amend the complaint to add them individually if discovery establishes personal liability.

**Date of Issuance:** _____

**Clerk:** _____

**Seal of the Court:** _____