# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

**THOMAS COATES,**

                                        Plaintiff(s),

                                                                Case No 2:25cv524

**COX COMMUNICATIONS, INC., *et al.*,**

                                        Defendant(s),


## JUDGMENT IN A CIVIL CASE

**Decision by the Court.** This action came for decision before the Court. The issues have been considered, and a decision has been rendered.


**IT IS ORDERED AND ADJUDGED that** this action is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule 41(b).


DATED: July 7, 2026

                                        LAURA G. GRIFFIN, Clerk


                                        By:___/s/_____
                                        E. Price, Deputy Clerk