**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

Thomas D. Coates,
Plaintiff,

v. Civil Action No. 2:25-cv-00524-AWA-LRL

Cox Communications, Inc., et al.,
Defendants.

August 3, 2026

## NOTICE OF ONGOING COMPLIANCE AND PENDING AMENDED FILING

Plaintiff, Thomas D. Coates, proceeding pro se, respectfully submits this notice regarding the status of his amended filing in the above-captioned matter.

Dear Clerk of Court:

I respectfully write to confirm that I am actively preparing the amended complaint contemplated by the Court's May 27, 2026 Order to Show Cause in this case, which was dismissed without prejudice under Rule 41(b) on July 7, 2026. The dismissal and related docket entries are understood as procedural, and I intend to continue this action by submitting an amended complaint that addresses the defects identified by the Court, including clearer statement of claims, jurisdiction, defendants, and supporting facts.

The change of address and my receipt of the Court's prior correspondence are documented in the record, and I am making every effort, as a pro se litigant, to fully comply with the Court's requirements and cure any remaining deficiencies. This notice is submitted solely to ensure that the record reflects my ongoing, good-faith efforts and my intent to file the amended submission promptly.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ Thomas D. Coates/
Thomas D. Coates, Plaintiff Pro Se
3416 Warren Place, Apt 201
Virginia Beach, VA 23452
Telephone: (757) 374-3539
Email: tdcoates@gmail.com
Dated: August 3, 2026

CLERK'S OFFICE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

600 GRANBY STREET

NORFOLK, VIRGINIA 23510

OFFICIAL BUSINESS